FROM:
Karl Schonwalder #94835 (forced to use private calling)
Grayson County Jail
200 S. Crocket Street
Sherman, Texas 75090

March 9, 2015

```
                    FILED
               U.S. DISTRICT COURT
             EASTERN DISTRICT OF TEXAS

                  MAR 10 - 2015

             DAVID J. MALAND, CLERK
             BY
             DEPUTY _____
```

TO:
JUDGE DON BUSH
DISTRICT COURT FOR THE U.S.
CLERK OF COURT
101 EAST PECAN STREET, ROOM 216
SHERMAN, TEXAS

RE: Habeas Corpus for wrongfully accused and wrongfully named Karl Schonwalder, Case #415 CV 106

Greetings JUDGE BUSH:

## Demand for Judicial Notice

Notice is given that a Habeas Corpus case is to be dealt with forthwith (*c.f.* [1]). Evidently from what the Clerk said, she nor the Court seem to know what the meaning of forthwith is. Here is the meaning from your own opinion:

> **Forthwith:** Immediately; without delay; directly. U.S. ex rel. Carter v Jennings, D.C.Pa., 333 F. Supp. 1392, 1397.

Unless the court can give cause for further delay of process of this case, if not dealt with in 24 hours [2], it shall be appropriate to move to the next highest court, **this notice shall be deemed similarly to a NOTICE OF APPEAL** and you are hereby instructed to forward to **THE COURT OF APPEALS** the demand for WRIT OF HABEAS CORPUS from Karl Schonwalder by right and authority.

**Notice** is given that your court as a corporation only has jurisdiction over consenting members of your said GRAYSON COUNTY and/or STATE OF TEXAS Corporation: Dunn and Bradstreet. I take no benefit from you, nor do I in any way consent to be your member [3].

---

[1] 28 USC, 153 HABEAS CORPUS, § 2243 - Issuance of writ - <u>A court</u>...<u>shall forthwith award the writ</u> or issue an order.
[2] FRCP, Rule 77. Conducting Business - (a) WHEN COURT IS OPEN. <u>Every district court is considered always open</u> for filing any paper, issuing and returning process, making a motion, or entering an order.
[3] **AUTHORITY FOR PROMULGATION OF RULES**
TITLE 28, UNITED STATES CODE, § 2072. Rules of procedure and evidence; power to prescribe
(a) The Supreme Court shall have the power to prescribe general rules of practice and procedure...
(b) <u>Such rules shall not abridge, enlarge or modify any substantive right</u>. All laws in conflict with such rules shall be of no further force or effect after such rules have taken effect.
(c) <u>Such rules may define when a ruling of a district court is final for the purposes of appeal under section 1291 of this title.</u>

This shall be deemed **notice** that all words in this letter mean what the Webster's Seventh New Collegiate Dictionary says they mean and no other.

*(Any perceived use of your codes is for your reference purposes only, considered as "c.f." and not meant to create any presumption of benefit, legal duty or liability on my part, but to show that your beliefs coincide with my beliefs; all legal presumptions notwithstanding and no process, procedure or otherwise by "Wrongfully Accused" shall be construed to traverse standing).*

Sincerely,

Karl Schonwalder #94835 (forced to use private calling)
Grayson County Jail
200 S. Crocket Street
Sherman, Texas 75090

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished to Judge Don Bush, DISTRICT COURT FOR THE U.S., 101 EAST PECAN STREET, ROOM 216, SHERMAN, TEXAS GRAYSON COUNTY this _____ day of March, 2015.