5/18/15

Karl [Schonwalder 94835]
6200 S. Crockett St.
Sherman, Texas 75090

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 22 2015
DAVID J. MALAND, CLERK

Case 4:15 CV 106

District Court Clerk
101 E. Pecan St.
Sherman, Texas 75090

Please file the enclosed Correction of Record, Judical Notice and send back a Recorded Copy.

Please give me a date for hearing.

Thank You Karl

Legal