# SPECIAL DURABLE POWER OF ATTORNEY

## FOR ASSISTANCE IN COURT

*[Handwritten margin note: District Court U.S. Case No. 4:15 cv 106 Stemming from Grayson County District Court Cause No. 065584]*

| | |
|---|---|
| Date: | May 12, 2015 |
| Principals: | Karl, House of Schonwalder |
| Principal's Mailing Address (including county): | 200 S. Crockett St<br>Sherman, Texas 75090 |
| Agent: | Scott Alan Odam |
| Agent's Mailing Address (including county): | 2119 56th St<br>Lubbock, Tex [79412] |
| Effective Date: | May 12, 2015 |
| [Expiration Date:] | Upon discharge of cause of action |
| Cause of Action: | # 065584<br>AND<br>4:15 cv 106 *(KS.)* |

Powers Given with Respect to the Action:

## POWERS
## FOR CAUSE OF ACTION

1. Execute and deliver any legal instruments relating to filings of the cause of action.

2. Do everything and sign everything necessary or discharge the cause of action and accomplish the powers set out.

3. Assist in the courtroom with defense or counter suit.

4. Indemnify and hold harmless any third party who accepts and acts under this power of attorney.

Principal appoints Agent to act for Principal in accordance with the powers given with respect to the property, and Principal ratifies all acts done pursuant to

District Court – U.S. – Case No 4:15 cv 106

this appointment. Agent's authority shall begin on the effective date and end only if revoked by Principal's signing an instrument revoking this power of attorney and filing it for record in the miscellaneous or court records of Grayson County, Texas. A signed and filed revocation instrument will be effective, without limitation or exception, including but not limited to a third party relying on their power of attorney without receipt of actual notice of the revocation, on the date and time of filing. This power of attorney shall not terminate a disability or incapacity of Principal.

Principal binds Principal and Principal's heirs and personal representatives to indemnify and hold Agent harmless from all claims, demands, losses, damages, actions, and expenses that Agent may sustain or incur in connection with carrying out the authority granted to Agent in this power of attorney.

_[signature]_
Karl, house of Schonwalder

THE STATE OF TEXAS

COUNTY OF ~~[redacted]~~ Grayson

This instrument was acknowledged before me on the 18 day of May, 2015 by Karl, house of Schonwalder.

_[signature]_
Notary Public Signature

or in witness thereof,



MICHAEL E. JOHNSON
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-23-2018

---

### Certificate of Service

I truly say that I have served a copy of this Power of Attorney to all parties listed below by placing in an envelope and handing it to Grayson county jail CO's 10 PM Mail Collection this 18th day of May 2015

Donnie Carter DA's office, 200 S. Crockett St. Sherman Texas 75090
District Court Clerk Grayson County, 200 S. Crockett St Sherman Texas 75090

Sign _[signature]_         Date 6/18/2015