4:15cv106    94835

PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK.

RE: __Karl Schonwalder__

RECEIVED: __Order #23__

on this __22__ day of __July__, 20__15__, at __9:12__ a.m./p.m.

at __Grayson County Jail__
 (Name of Institution)

_____    _____
Witness (if by mark)          (Signature, or mark, of addressee)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 2 7 2015

DAVID J. MALAND, CLERK

_____
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT_____A.M./P.M. ON THIS_____DAY OF_____, 20_____, AT_____.
                                                     (Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness