IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KARL SCHONWALDER | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15cv106 |
| | § | |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.  No objections have been timely filed.  After reviewing the Report and Recommendation, the court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court.  It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** without prejudice for the failure to exhaust state habeas corpus remedies.  It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **12** day of **August, 2015.**

_____
Ron Clark, United States District Judge