IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KARL SCHONWALDER | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:15cv106 |
| DIRECTOR, TDCJ-CID | § § § | |

## FINAL JUDGMENT

Having considered the petition for writ of habeas corpus and rendered its decision by opinion and order of dismissal issued this same date, the court **ORDERS** that the case is **DISMISSED** without prejudice.

So **ORDERED** and **SIGNED** this **12** day of **August, 2015.**

_____
Ron Clark, United States District Judge